FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| PATRICIA INEZ VILDOSOLA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>TINA HORNBEAK, Warden,<br><br>　　　　Respondent. | Case No. CV 07-6499 VAP (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　　IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus without prejudice as successive.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order, the Magistrate Judge's Report and Recommendation, and the
3  Judgment herein on petitioner.
4
5  DATED: January 31 2008
6
7
8                                          _____
                                            VIRGINIA A. PHILLIPS
9                                           United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28