FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| PATRICIA INEZ VILDOSOLA,<br><br>        Petitioner,<br><br>  vs.<br><br>TINA HORNBEAK, Warden,<br><br>        Respondent. | Case No. CV 07-6499 VAP (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the instant Petition for Writ of Habeas Corpus is dismissed without prejudice as successive.

DATED: January 31, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge